FILED
LOGED
RECEIVED

**MAIL**

**JAN 13 2017**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

# 17-CV-00058 RSL-BAT

Sean D. Anderson
**(Name of Plaintiff)**

**VS.**

Allen K. Richards

Seattle Police Department

**(Names of Defendant(s))**

**CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983**

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☐ Yes          ☑ No

B. If your answer to A is yes, how many?: ___N/A___. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: ___N/A___

Defendants: ___N/A___

2

2. Court (give name of District): _____N/A_____

3. Docket Number: _____N/A_____

4. Name of judge to whom case was assigned: _____N/A_____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?): _____N/A_____

6. Approximate date of filing lawsuit: _____N/A_____

7. Approximate date of disposition: _____N/A_____

## II. Place of Present Confinement: KiNG County Correctional Facility

A. Is there a prisoner grievance procedure available at this institution?   ☑ Yes   ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?
☑ Yes   ☐ No

If your answer is NO, explain why not:

_____

_____

C. Is the grievance process completed?   ☑ Yes   ☐ No

**If your answer is YES, ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

## III. Parties to this Complaint

A. Name of Plaintiff: Sean D. Anderson   Inmate No.: 216022188

Address: KCCF 500 FIFTH AVE Seattle WA 98104

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: Seattle Police Dept.   Official Position: S.W.A.T.

Place of employment: Seattle Police Deptartment (Robbery Division)

3

C. Additional defendants *Allen K. Richards (Police officer Seattle Police Dept.) and His partner.*

## IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places, and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On August 3rd 2016, while being hand cuffed by Allen K. Richards and the Seattle Police Dept. near 35th Ave N.E. & N.E. 85th street, my 3 middle fingers on my left Hand were deliberately bent backwards causing excruciating pain. I told the officers I was "not resisting" and that they were hurting me". The officers then bent them back further, fracturing my left ring finger and tearing the ligaments. (attached is the MRI results from Harbor view Medical Center.) Allen K. Richards and his partner (I don't have his name) were the arresting officers. My case # in the Robbery Division, West precinct is 2016-278781

4

**V. Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I Would like to sue the Seattle Police Department and Allen K. Richards in the amount of $250,000.⁰⁰ (Two Hundred and Fifty thousand dollars) For Police Misconduct / use of excessive Force. I am also requesting the court to issue a court order permitting me to act as my own attorney or (Pro se.) Thank You

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 09 TH day of January 20 17.

_____
(Signature of Plaintiff)

5

Name Sean Anderson
Bkg. # 216022188
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

Legal Mail.

FILED
LODGED
RECEIVED
MAIL

JAN 13 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

US POSTAGE
$01.36º
First-Class
Mailed From 98104
01/12/2017
032A 006180160

Legal

Clerk, United States District Court
United States Courthouse
700 Stewart Street, STE 2310
Seattle, WA 98101