Hon. Judgebrian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SEAN D. ANDERSON,

                Plaintiff,

vs.

OFFICER ALLEN K. RICHARDS and OFFICER JOHN DOE,

                Defendants.

No.   17-CV-00058-RSL-BAT

NOTICE OF WITHDRAWAL OF COUNSEL

[**CLERK'S ACTION REQUIRED**]

**TO:**    **Clerk of the above-entitled court; and**

**TO:**    **Plaintiff above-named, and his/her counsel of record**.

PLEASE NOTE that Assistant City Attorney Andrew Myerberg, WSBA #47746, withdraws as counsel for defendant, Alan Richards in the above-captioned case.  Assistant City Attorney Ghazal Sharifi will remain as counsel of record.

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL - 1
17-CV-00058-RSL-BAT

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED this 11th day of July, 2017.

        PETER S. HOLMES
        Seattle City Attorney

By: */s/Andrew Myerberg*
    Andrew Myerberg, WSBA# 47746
    Assistant City Attorney

    Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
    Seattle, WA 98104

    ***Withdrawing Attorney for Defendant Alan Richards***

NOTICE OF WITHDRAWAL OF COUNSEL - 2
17-CV-00058-RSL-BAT

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on the 11th day of July, 2017, I caused a true and correct copy of this document to be served on the following in the manner indicated below:

| Sean D. Anderson<br>957450<br>Coyote Ridge Corrections Center<br>P.O. Box 769<br>Connell, WA  99326-0769<br>***Pro Se Plaintiff*** | ☑   By U.S. Mail |
|---|---|

        *s/Autumn Derrow*
        Autumn Derrow, Legal Assistant

NOTICE OF WITHDRAWAL OF COUNSEL - 3
17-CV-00058-RSL-BAT

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200