UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SEAN D. ANDERSON, | |
|---|---|
| Plaintiff, | Case No. 2:17-CV-00058-RSL-BAT |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE INCARCERATED PLAINTIFF'S DEPOSITION** |
| ALLEN K. RICHARDS, et. al., | |
| Defendants. | |

On August 17, 2017, defendant filed a motion for leave to take Plaintiff Sean Anderson's deposition at Coyote Ridge Correctional Center, where Mr. Anderson is incarcerated. Dkt. 21. Plaintiff filed no objection.

Accordingly, it is **ORDERED:**

1. Defendant's motion to take plaintiff's deposition is **GRANTED.**

2. The Clerk is directed to send copies of this Order to the parties.

DATED this 30th day of August, 2017.

*/s/ BAT*
BRIAN A. TSUCHIDA
United States Magistrate Judge