UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN D. ANDERSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN K. RICHARDS, et. al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-58 RSL-BAT<br><br>**ORDER GRANTING DEFENDANT'S MOTION REQUESTING COURT ORDER TO MAKE VIDEO C.D.'S AVAILABLE TO INCARCERATED PLAINTIFF** |

On September 5, 2017, defendant filed a motion requesting an order to make 41 video C.D.s labeled ANDER000218 through ANDER000258 available to Mr. Anderson, an inmate at Coyote Ridge Corrections Center. Dkt. 24. The Court **GRANTS** the motion, Dkt. 24, and

**ORDERS:**

1. Defendant Richards is to send Coyote Ridge Corrections Center the 41 C.D.s;

2. Coyote Ridge Corrections Center is to make these C.D.s available to Mr. Anderson for viewing at the appropriate time and place of Coyote Ridge Correction Center's choosing.

DATED this 6th day of September, 2017.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING DEFENDANT'S
MOTION REQUESTING COURT ORDER TO
MAKE VIDEO C.D.'S AVAILABLE TO
INCARCERATED PLAINTIFF - 1