UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN D. ANDERSON,<br><br>                     Plaintiff,<br><br>    v.<br><br>ALLEN K. RICHARDS, et. al.,<br><br>                     Defendant. | CASE NO. C17-58 RSL-BAT<br><br>**ORDER GRANTING LEAVE TO AMEND AND EXTENDING DEADLINE FOR DISCOVERY AND DISPOSITIVE MOTIONS** |

On September 11, 2017, Sean D. Anderson filed a motion for leave to amend his complaint. Dkt. 27. He seeks to substitute defendants Allen K. Richards and John Doe with Officers Adam D. Beatty and William F. Anderson. *Id*. He does not appear to request any other changes to his complaint. In their response, defendants do not object to substituting the names of the defendants, but contend the motion fails to comply with Local Rule 15. Dkt. 28. Defendants also request a 30-day extension of all remaining deadlines. *Id*. Because Mr. Anderson seeks only to substitute Adam D. Beatty for Alan K. Richards, and William F. Anderson for John Doe and has not moved for further amendment, the Court **GRANTS** Mr. Anderson's motion limited to substitution of the above defendants and **ORDERS:**

1. The case will proceed based upon the allegations contained in the Amended Complaint filed on March 23, 2017, Dkt. 10. Adam D. Beatty is substituted for Alan

K. Richards, and William F. Anderson is substituted for John Doe, as named defendants in the amended complaint.

2. Defendants Officer Richards and John Doe are hereby dismissed from this case with prejudice.

3. The substituted defendants Adam D. Beatty, and William F. Anderson shall file and serve an answer or responsive pleading no later than **November 3, 2017**.

4. The discovery and dispositive motions are extended as follows:

5. All discovery must be completed by **December 22, 2017**.

6. In order to meet the discovery deadline, all discovery requests must be served on the opposing party no later than **November 24, 2017**.

7. Any dispositive motion shall be filed and served on or before **January 22, 2018**. Defendants shall provide a *Rand* warning as previously ordered in the pretrial scheduling order. Dkt. 18.

8. The Clerk shall provide copies of this order to the parties.

DATED this 29th day of September, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge