UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN D. ANDERSON,<br><br>      Plaintiff,<br><br> v.<br><br>ALLEN K. RICHARDS, et. al.,<br><br>      Defendant. | CASE NO. C17-58 RSL-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** |

On November 13, 2017, Sean D. Anderson, moved for an extension of time to complete discovery. Dkt. 39. Defendants do not oppose this motion and asked the Court to also extend the discovery deadline, and the date by which dispositive motions must be filed. Dkt. 40. Having reviewed the parties' pleadings the Court **GRANTS** both Mr. Anderson's motion, Dkt. 39, and defendant's request for additional extensions, Dkt. 40, and **ORDERS:**

1. The deadline to serve written discovery requests is extended to **December 27, 2017.**
2. All discovery must be completed by **January 26, 2018.**
3. The deadline to file and serve dispositive motions is extended from January 22, 2018 to **February 26, 2018.**

//

ORDER GRANTING MOTION TO EXTEND
TIME TO COMPLETE DISCOVERY - 1

4. The Clerk shall provide a copy of this Order to all parties and the assigned district judge.

DATED this 21st day of November, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO COMPLETE DISCOVERY - 2