UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN D. ANDERSON,

                Plaintiff,

v.

ALLEN K. RICHARDS, et. al.,

                Defendants.

CASE NO. C17-58 RSL-BAT

**ORDER GRANTING PLAINTIFF'S MOTION FOR 15 ADDITIONAL INTERROGATORIES**

On December 7, 2017, plaintiff, moved to serve 15 additional interrogatories "to defendants." Dkt. 42. Defendants have not responded to the motion. The Court has reviewed the record, **GRANTS** the motion, and **ORDERS:**

1. Plaintiff may serve 15 additional interrogatories on defendants.

2. Because additional discovery is granted, the deadline by which discovery must be completed is extended to **February 12, 2018.**

3. The deadline to file and serve dispositive motions is extended to **March 5, 2018.**

4. The Clerk shall provide a copy of this Order to all parties and the assigned district judge.

ORDER GRANTING PLAINTIFF'S MOTION
FOR 15 ADDITIONAL INTERROGATORIES
- 1

1       DATED this 26th day of December, 2017.

                                                          BRIAN A. TSUCHIDA
                                                          United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR 15 ADDITIONAL INTERROGATORIES
- 2