# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SEAN D. ANDERSON,

    Plaintiff,

v.

ADAM D. BEATTY, et al.,

    Defendants.

Case No. 2:17-CV-58-RSL

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court has reviewed defendants' motion for summary judgment, Dkt. #48, plaintiff's opposition to their motion, Dkt. #60, defendants' reply in support of their motion, Dkt. #61, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record. It is hereby ORDERED that:

1. The Report and Recommendation is ADOPTED;

2. Defendants' motion for summary judgment is GRANTED; and

3. This case is DISMISSED WITH PREJUDICE.

DATED this 26th day of December, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT - 1